# ORDER OF MULTIDISTRICT LITIGATION PANEL

Order Issued March 5, 2008

APPOINTMENT OF PRETRIAL JUDGE IN THE FOLLOWING MULTIDISTRICT LITIGATION CASE:

07-0953  IN RE  FORD MOTOR COMPANY SPEED CONTROL DEACTIVATION SWITCH LITIGATION

The Motion to Transfer, under the Texas Rules of Judicial Administration, is granted. Pursuant to Administrative Rule 13, the cases listed in the Appendix of the Motion to Transfer, attached hereto and incorporated herein for all purposes, and tag-along cases if any, are transferred to Honorable Scott Jenkins of the 53rd District Court of Travis County.